IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDEPENDENT WAREHOUSE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 15-1369 |
| | ) | |
| JOSEPH M. PROFESSORI, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 13th day of December, 2016, the Defendant The Omni Group of Companies, Inc. having notified the Court that a petition in bankruptcy has been filed as to it in the United States Bankruptcy Court for the Western District of Pennsylvania at No. 16-24614 , thereby invoking an automatic stay in accordance with the provisions of Title 11 U.S.C. section 362,

IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case administratively **CLOSED**.

Nothing contained in this order shall be considered a dismissal or disposition of this matter on the merits and, should further proceedings in it become necessary or desirable, either party may petition the court to re-open the case.

/s/ Robert C. Mitchell
Robert C. Mitchell
United States Magistrate Judge